# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

ASTRAZENECA PHARMACEUTICALS LP,
ASTRAZENECA UK LIMITED,
IPR PHARMACEUTICALS, INC., AND
SHIONOGI SEIYAKU KABUSHIKI KAISHA,

Plaintiffs,

V.

CIVIL ACTION NO. 1:07CV177

MYLAN PHARMACEUTICALS INC.

Defendant.

## ORDER

Upon consideration of the foregoing Application for Admission *Pro Hac Vice* of Charles E. Lipsey, it is **ORDERED** that the Application for Admission *Pro Hac Vice* be, and the same is hereby, **APPROVED** and that the applicant may appear *pro hac vice* in this matter on behalf of the represented party.

ENTER: January 16, 2008

United States District Judge