IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

ASTRAZENECA PHARMACEUTICALS LP,
ASTRAZENECA UK LIMITED,
IPR PHARMACEUTICALS, INC., AND
SHIONOGI SEIYAKU KABUSHIKI KAISHA,

Plaintiffs,

V.                                                   CIVIL ACTION NO. 1:07CV177

MYLAN PHARMACEUTICALS INC.

Defendant.

# O R D E R

Upon consideration of the foregoing Application for Admission *Pro Hac Vice* of Ford F. Farabow, Jr., it is **ORDERED** that the Application for Admission *Pro Hac Vice* be, and the same is hereby, **APPROVED** and that the applicant may appear *pro hac vice* in this matter on behalf of the represented party.

ENTER: January 16, 2008

_Irene M. Keeley_
United States District Judge